# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>          Plaintiff,<br><br>     v.<br><br>SECRETARY OF DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>          Defendants.<br>_____ / | CASE NO.   1:10-cv-1423-LJO-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO DISMISS<br><br>(ECF No. 23)<br><br>CASE SHALL REMAIN CLOSED |

On November 9, 2010, the Court dismissed Plaintiff's complaint based on his failure to pay the filing fee and his inability to proceed in forma pauperis due to his litigation history. (ECF No. 15.) The case was closed and judgment was entered. (ECF No. 16.) Plaintiff filed a Notice of Appeal on December 17, 2010. (ECF No. 19.)

Before the Court is Plaintiff's Motion to Dismiss seeking voluntarily to dismiss this action. Because this case is closed, and Plaintiff has appealed the Court's decision to the Ninth Circuit, this Court has no jurisdiction to act on Plaintiff's case. Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982) (notice of appeal "divests the district court of control"). Accordingly, Plaintiff's Motion to Dismiss is DENIED. To the extent Plaintiff wishes to dismiss his appeal, he must file a request with the Ninth Circuit.

IT IS SO ORDERED.

Dated:   January 14, 2011          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE